ACCEPTED
12-14-00127-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/16/2015 4:03:50 PM
CATHY LUSK
CLERK

## NO. 12-14-00127-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE |
| | § | |
| **VS.** | § | **TWELFTH COURT** |
| | § | |
| | § | |
| **THOMAS HOWELL** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/16/2015 4:03:50 PM
CATHY S. LUSK
Clerk

### APPELLANT'S MOTION FOR LEAVE TO FILE BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Thomas Howell, Defendant in the above entitled and numbered cause, and makes this Appellant's Motion for Leave to File Brief, and for good cause shows the following:

1.     Background

The Appellant's brief was due on January 9, 2015, and that day has passed. The appellant has asked for and received prior extensions of time to file the brief.

2.     Reason

This case was very extensive and complex. Due to the complexity of this case and appellant attorney's schedule, additional time was needed to investigate and review all documents and records pertaining to the case.

Because of this, appellant asks for permission to file the brief immediately.

Respectfully submitted,

TATUM & TATUM
P.O. Box 582
Lufkin, TX 75902
Tel: (936) 634-5594
Fax: (936) 639-4480

By:_____
John Tatum II
State Bar No. 00789674
Attorney for Thomas Howell

## CERTIFICATE OF SERVICE

This is to certify that on January 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Nacogdoches County, by facsimile transmission to 936-560-6036.

_____
John Tatum, II